IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Angela Marie Hodges, | ) | **Case No: 2:22-cv-04515-RMG-SVH** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **REQUEST FOR ENTRY OF DEFAULT** |
| | ) | |
| Meyer Enterprises, Inc. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff, by and through counsel, requests the Clerk of Court enter Defendant's default in the above captioned action pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and Local Rule 55.01. Defendant has failed to plead or otherwise defend against the allegations in Plaintiff's Complaint within the time period allowed by the Federal Rules of Civil Procedure. Defendant's Registered Agent was served with the Summons, Complaint, and Plaintiff's Responses to Rule 26.01 Interrogatories on January 8, 2023. In support of this request, Plaintiff submits the attached Affidavit in Support of Entry of Default (Ex. A) and Affidavit of Service (Ex. B).

BLOODGOOD & SANDERS, LLC

s/Lucy C. Sanders
Lucy C. Sanders, Federal Bar No.: 10834
242 Mathis Ferry Road, Suite 201
Mt. Pleasant, SC 29464
Telephone: (843) 972-0313
Email: lsanders@bloodgoodsanders.com
*Attorneys for Plaintiff*

Charleston, South Carolina
Date:  February 2, 2023

1