IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Angela Marie Hodges, | ) | Case No: 2:22-cv-04515-RMG-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **AFFIDAVIT IN SUPPORT OF ENTRY** |
| | ) | **OF DEFAULT** |
| Meyer Enterprises, Inc. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PERSONALLY appeared before me the undersigned attorney, who states as follows:

1. I am over the age of eighteen years of age.

2. I represent the Plaintiff in the above-captioned lawsuit.

3. The Registered Agent for Defendant Meyer Enterprises, Inc. was served with the Summons, Complaint, and Plaintiff's Responses to Rule 26.01 Interrogatories in the above captioned lawsuit on January 8, 2023 as demonstrated by the Affidavit of Service filed with this Court on January 19, 2023.

4. More than twenty-one (21) days have expired since such service on Defendant and Defendant has failed to answer, appear, or otherwise plead in this case and, consequently, said Defendant is now in default.

**SIGNATURE BLOCK ON FOLLOWING PAGE**

1

BLOODGOOD & SANDERS, LLC

*[signature]*

Lucy C. Sanders, SC Bar No.: 78169
242 Mathis Ferry Road, Suite 201
Mt. Pleasant, SC 29464
Telephone: (843) 972-0313
Email: lsanders@bloodgoodsanders.com
*Attorneys for Plaintiff*

Charleston, South Carolina

Date: February 2, 2023

Sworn to and subscribed before me
this __2__ day of __February__ 20 __23__.
*[signature: Nancy Bloodgood]*
Notary Public for the State of South Carolina

My Commission Expires: March 1, 2026
Printed Name: Nancy Bloodgood

2