# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of South Carolina

Case Number: 2:22-CV-04515-RMG-SVH

Plaintiff:
**Angela Marie Hodges**

vs.

Defendant:
**Meyer Enterprises, Inc.**

For:
Bloodgood & Sanders, LLC
242 Mathis Ferry Road
Suite 201
Mt. Pleasant, SC 29464

Received by Palmetto Legal Gophers, LLC to be served on **Meyer Enterprises, Inc. c/o Michael Joseph Meyer, Registered Agent, 167 Highwood Circle, Murrells Inlet, SC 29576**.

I, Phil Bailey, being duly sworn, depose and say that on the **8th day of January, 2023** at **11:04 am**, I:

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action; Complaint; Exhibit A; Plaintiff's Answers to Local Rule 26.01 Interrogatories** to: **Michael Joseph Meyer** as **Agent Authorized To Accept** for **Meyer Enterprises, Inc.**, at the address of: **167 Highwood Circle, Murrells Inlet, SC 29526**.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Description** of Person Served: Age: 50, Sex: M, Race/Skin Color: White, Height: 5'9", Weight: 170, Hair: Bald, Glasses: N

I certify that I am over the age of 18 and have no interest in the above action.

Subscribed and Sworn to before me on the 10 day of Jan, 2023 by the affiant who is personally known to me.

NOTARY PUBLIC
EXP. DATE 7/15/31

MICHELLE BAILEY
Notary Public - State of South Carolina
My Commission Expires
July 15, 2031

Phil Bailey
Palmetto Legal Gophers, LLC
www.palmettolegalgophers.com
PO Box 6108
Columbia, SC 29260
(803) 216-1621

Our Job Serial Number: LPW-2023000079

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2m

